UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOUR GOLOVIN,

    Petitioner,

v.

ERIC HOLDER, et al.,

    Respondents.

_____/

Case No. 1:12-cv-1010

HON. JANET T. NEFF

## ORDER

This is a habeas corpus petition filed pursuant to 28 U.S.C. § 2241. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 5, 2012, recommending that this Court dismiss the action with prejudice. The Report and Recommendation was duly served on Petitioner. The copy mailed to Petitioner on December 5, 2012 was returned to the Court on December 10, 2012 marked, "inmate transferred," and "return to sender" (Dkt 11). No objections to the Report and Recommendation have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 10) is APPROVED and ADOPTED as the Opinion of the Court.

A Judgment will be entered consistent with this Order.

Dated: January 2, 2013                        /s/ Janet T. Neff
                                                              JANET T. NEFF
                                                              United States District Judge